580

■

**J. Brendan WYNNE et al.**

v.

**Joan E. VELANDER.**

**No. 82–199–M.P.**

Supreme Court of Rhode Island.

Sept. 30, 1982.

Gary R. Pannone, John D. Lynch, Warwick, for plaintiffs-respondents.

Hanson, Curran & Parks, Robert D. Parrillo, Providence, Carroll, Kelly & Murphy, Joseph A. Kelly, Providence, for defendants-petitioners.

ORDER

In light of the respondents' withdrawal of their request for production in this matter, this petition is now moot.

Accordingly, the petition for writ of certiorari is dismissed, the writ heretofore issued in this case is quashed and the papers are remanded to the Superior Court for further proceedings. The stay previously entered herein is vacated. 447 A.2d 1162.

MURRAY, J., did not participate.

■

**CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE**

v.

**John H. NORBERG, Tax Administrator.**

**No. 82–379–M.P.**

Supreme Court of Rhode Island.

Oct. 15, 1982.

Adler Pollock & Sheehan Incorporated, E. Hans Lundsten, John A. Tarantino, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Melanie Wilk Spencer, Asst. Atty. Gen., Charles Edwin Goldkamp, Legal Officer (Taxation), Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

■

**HASBRO INDUSTRIES, INC.**

v.

**John H. NORBERG, Tax Administrator.**

**Nos. 82–408–M.P., 82–375–M.P., 82–357–M.P.**

Supreme Court of Rhode Island.

Oct. 15, 1982.

Edwards & Angell, Philip B. Barr, Jr., Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Melanie Wilk Spencer, Asst. Atty. Gen., Charles Edwin Goldkamp, Legal Counsel (Taxation), Providence, for respondent.

ORDER

The petitions for certiorari are granted. These matters are hereby consolidated for briefing and argument.